ATTACHMENT AGREEMENT

This memorandum dated as of October 30, 2017 shall set forth the terms of the agreement (the "Attachment Agreement") between Victor Cesar Bota ("Bota"), FST Pictures, Inc. and Vale Tudo, LLC (collectively, "Owner"), on the one hand, and Gregory O'Connor ("O'Connor"), on the other hand, with respect to the distribution of, and/or development and possible production of a motion picture or television project based on, the documentary entitled "The Gracies and the Birth of Vale Tudo" written, directed and produced by Bota, referred to herein as the "Documentary", which, together with the title, themes, contents and characters, and all translations, adaptations, outlines, treatments, research, pilot scripts, teleplays, materials and all other versions (including, without limitation, earlier versions) thereof, whether now existing or hereafter created shall collectively be referred to herein as the "Material"  The parties agree as follows:

1.      Term.  The term shall commence upon the date hereof and shall continue until the date that is six (6) months from the date of full execution hereof (the "Term").  If at the time the Term is due to expire, O'Connor is in active negotiations with respect to the Documentary, the Material and/or the "Project" (as defined below) with one (1) or more "Third Party" (as defined below), then the Term shall be automatically extended until the completion or termination of such negotiations, provided, however, such extension shall not exceed a period of three (3) months unless otherwise agreed by the parties.

2.      Development.  O'Connor shall have the right and will use reasonable good faith efforts to set up, package, and advance the Documentary for distribution and/or development and/or production as a theatrical motion picture, television production, series or other production based thereon (the "Project") with one or more third party studio(s), broadcaster(s), production partner(s) or other buyer(s), financier(s) or licensee(s) (each, a "Third Party") during the Term. O'Connor and Owner will mutually agree upon a submissions list of Third Parties.  The parties hereby acknowledge and agree that Bota will have the opportunity to be present at all meetings, pitch sessions or other discussions with regard to the Documentary.  In the event that O'Connor obtains any offers from a Third Party during the Term, O'Connor shall promptly notify Owner of such proposal and provide Owner with a reasonable opportunity to review such offers, including the material terms and conditions thereof.  Further, Owner shall keep O'Connor reasonably informed with respect to any inquiries Owner may receive with respect to the Project.  O'Connor shall not enter into any agreements in connection with the Documentary, the Material and/or the Project with any party without Owner's prior written approval.

3.      Production.  O'Connor shall remain attached as a producer (if the Project is a theatrical motion picture) or executive producer (if the Project is for initial release on television as a series, mini-series, MOW, etc.), as applicable, on the Project in the event the Documentary is Set Up, as such term is defined below.  If the Project is Set Up with a Third Party during the Term, Owner and O'Connor will have the right to negotiate in good faith their respective individual deals: (i) Bota shall negotiate his own deal as writer, director and/or producer and for the sale and/or license of the Documentary; and (ii) O'Connor shall negotiate his own deal for producing the Project.  Each party hereto must act in good faith in connection with such negotiations, taking into account their prior precedent and the proposed budget of the Project, provided that the parties hereto will not unreasonably withhold or delay approval on the deal terms of their respective services for the Project.

(a) The Project shall be deemed "Set Up" in the event that no less than a basic deal memo regarding the Documentary, the Material or the Project has been executed by Owner and a Third Party during the Term.

(b) Upon the expiration of the Term, if the Project has not been Set Up and/or the parties have not each entered into firm and binding agreements with a Third Party for their respective services as set forth herein, neither party shall have any further obligation to the other in connection with the Project.

4. Rights. For the avoidance of doubt, this Attachment Agreement is not transferring any rights in the Documentary, the Material or the Project to O'Connor; it being understood that Owner is retaining ownership of all rights except as specifically set forth herein.

5. Warranties.

(a) Owner represents and warrants that (i) Owner is the sole owner of the Documentary and the Material; (ii) Owner has the full and sole right and authority to enter into this Attachment Agreement, and to sell and assign all right, title, and interest, including the motion picture rights, in the Documentary to a Third Party; and (iii) there is no litigation, action, claim, lien or encumbrance pending or to the best of Owner's knowledge, threatened, in relation to the Documentary.

(b) O'Connor represents and warrants that O'Connor has the full and sole right and authority to enter into this Attachment Agreement.

6. Assignment. O'Connor may not sell, lease, license, or assign this Attachment Agreement except with the prior written consent of Owner.

7. Notices. Any notices hereunder shall be sent to the other parties in writing and shall be delivered in person to the addressee or deposited in the mails, postage pre-paid, or by electronic mail. Notices shall be deemed served or made or delivered on the date five (5) business days after date of deposit in the mail or the date of such personal delivery or electronic mail, as applicable, to the appropriate party at the address listed below:

> To Owner:
> Victor Cesar Bota
> 60 West 57th St #17C
> New York NY 10019
> Attention: Victor Cesar Bota
> victorcesarbota@gmail.com
>
> with a copy to:
> Cowan, DeBaets, Abrahams & Sheppard, LLP
> 41 Madison Avenue, 38th Fl.
> New York, NY 10010
> Attn: Susan H. Bodine, Esq.
> sbodine@cdas.com
>
> To O'Connor:
> Gregory O'Connor
> ADDRESS
> ADDRESS
> Attention: Gregory O'Connor
> gregoc@solarisentertainment.com

8.  <u>Relationship</u>.  This Attachment Agreement does not constitute and shall not be construed as constitution of a partnership or joint venture between or among any of the parties.  Other than as expressly set forth herein, no party shall have any right to obligate or bind the other parties in any manner whatsoever, and nothing herein contained shall give, or is intended to give, any rights of any kind to any third persons.

9.  <u>Governing Law</u>.  This Attachment Agreement shall constitute the entire understanding with regard to the subject matter hereof and may not be amended or modified except in a writing signed by the parties, and will be binding and inure to the benefit of the parties and their successors and assigns.  The parties agree that the state and federal courts in New York, New York have personal jurisdiction over each of them, and will be the exclusive forum for any disputes arising out of this agreement, and that New York law as governs contracts entered into and fully performed in New York will apply.

10.  <u>Counterparts</u>.  If for any reason any provision of this Attachment Agreement is adjudged by a court to be unenforceable, such adjudication will in no way affect any other provision of this Attachment Agreement or the validity or enforcement of the remainder of this Attachment Agreement, and the affected provision will be modified or curtailed only to the extent necessary to bring it into compliance with applicable law.  This Attachment Agreement sets forth the complete understanding between Owner and O'Connor with respect to the subject matter hereof, and all prior agreements have been merged herein, whether written or oral, and may not be modified except by a written instrument signed by the parties hereto.  This Attachment Agreement may be executed in any number of counterparts, by facsimile, pdf or computer image file or original signature, which will, collectively, constitute one agreement.

IN WITNESS WHEREOF, the parties hereby execute this Attachment Agreement.

| ACCEPTED AND AGREED: | ACCEPTED AND AGREED: |
|---|---|
| *[signature]* | *[signature: gregory oconnor]* |
| VICTOR CESAR BOTA | GREGORY O'CONNOR |
| ("Owner") | ("O'Connor") |
| Dated: December 11, 2017 | Dated: December 11, 2017 |