T H E   W O R L D W I D E   L E A D E R   I N   S P O R T S℠



To Whom It May Concern:

Thank you for your interest in ESPN. As a condition to and in consideration of our reviewing and considering your ideas and/or materials ("Proposal(s)"), we ask that you acknowledge the following:

- ESPN did not solicit your Proposal(s), and by your submission thereof, you confirm that nothing therein is, or is required or expected to be treated by ESPN as, confidential or proprietary (except to the extent such material may be protected by copyright or trademark law).



- ESPN is not asking you to waive any copyright or trademark rights available to you by law. However, you acknowledge and agree that ESPN's receipt and review of your Proposal(s) does not mean that the underlying concept or other such material is unique or original, and that ESPN may have previously created or may in the future independently create something that is ████████ similar ██████████ to your idea, with no liability or obligation to you. Your signing and returning to ESPN this waiver form does not create any obligation on the part of ESPN to review or respond to your Proposal(s), nor does it guarantee that ESPN will do so. Any review or consideration of your Proposal(s) is at ESPN's absolute and sole discretion, and does not constitute or imply any obligation on ESPN to accept your Proposal(s) or compensate you in any way. ESPN is not responsible for any lost tapes or other material submitted with your Proposal(s).



- You acknowledge the material contained in your Proposal(s) is neither confidential nor proprietary. To the extent, if any, that ESPN may contact you about your Proposal(s) in the future, you will not disclose to ESPN any confidential or proprietary information, and any information you do disclose to ESPN may be used by ESPN without obligation or liability to you of any sort (except to the extent such material may be protected by copyright or trademark law).



- If you are submitting your Proposal(s) on behalf of a company, you have the legal authority to bind that company by this agreement.

- This waiver covers any additional Proposal(s) submitted to ESPN by you in the future.

If you agree to be legally bound by these terms, please sign where indicated below and return this document with your materials.



Sincerely,

ESPN, Inc.

ACKNOWLEDGED AND AGREED

Name: _____*Victor CesAr Bota*_____

Company: _____*VAle tuDo LLC*_____



Signed: _____

Date: _____*7/16/16*_____