**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

VICTOR CESAR BOTA,

                         Plaintiff,

-against-

GREGORY O'CONNOR, SOLARIS
ENTERTAINMENT, ESPN, INC., TIMOTHY
DETTRO, JENNA ANTHONY, FABIO CESNIK,
30WEST MEDIA GROUP,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

: No. 25 Civ. 4449 (PAE) (VF)

: ECF Case

: **DECLARATION OF SERVICE**

JACQUELYN N. SCHELL, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am a partner with the law firm of Ballard Spahr LLP, counsel for Defendants Gregory O'Connor and Solaris Entertainment in this action.  I have personal knowledge of the matters stated herein.

2.      On April 1, 2026, I directed that a true and correct copy of the Notice of Appearance (Dkt. 25) and Letter Motion for Extension of Time to Respond to the Complaint (Dkt. 26) be served upon *pro se* Plaintiff Victor Cesar Bota ("Plaintiff") at 65 N Fullerton Ave., #21, Montclair, NJ 07042 by U.S Mail.

3.      On that date I also provided Plaintiff with courtesy copies of these documents by email at victorcesarbota@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on: April 1, 2026

_/s/  Jacquelyn N. Schell_
Jacquelyn N. Schell

2