**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


**VICTOR CESAR BOTA,**
Plaintiff,

-v-

**GREGORY O'CONNOR et al.,**
Defendants.

Case No. **1:25-CV-04449-PAE-VF**

### PLAINTIFF'S LETTER REQUESTING DIRECTION REGARDING SERVICE


Dear Judge Engelmayer:

I respectfully write as the pro se Plaintiff to ask for the Court's direction on service as to Defendants Timothy Dettro, Jenna Anthony, and Fábio de Sá Cesnik. I am not asking the Court to resolve a merits issue through this letter. I am asking for practical guidance so that service can be completed in the manner the Court considers proper, and so the case does not become stalled over addresses, returned mail, or silence from defendants who appear reachable through entities already before the Court.

On January 13, 2026, the Court entered an Order of Service. The Order recognized that, because I am proceeding in forma pauperis, I am entitled to rely on the Court and the U.S. Marshals Service to effect service. The Order directed service through the Clerk and Marshals Service for several defendants and separately directed the Clerk to mail the summons and complaint to Fábio de Sá Cesnik by registered mail at his law-firm address in São Paulo, Brazil. The Court's service process was then followed.  The docket reflects that, on January 22, 2026, the summons, complaint, and Order of Service were mailed to Fábio de Sá Cesnik by certified/registered mail at the address identified in the Court's Order. To date, Mr. Cesnik has not appeared, answered, moved, or otherwise responded.

The same service process was attempted as to Timothy Dettro and Jenna Anthony. Those attempts failed for reasons outside my control. For Mr. Dettro, the USM-285 return states that the summons and complaint were mailed on January 22, 2026, but returned as undeliverable,

with a notation that the building was unoccupied or under construction. For Ms. Anthony, the USM-285 return states that the summons and complaint were mailed on January 22, 2026, but the envelope was returned to sender as "unable to forward," with a notation that the building was demolished or under construction. Those returns show diligence, not delay. I provided the addresses available to me, the Court and Marshals process was used, and the failures came from unusable addresses and returned mail. I did not abandon service or ignore the Court's instructions. There is also a practical concern. Plaintiff understands that Timothy Dettro and Jenna Anthony are connected to ESPN/Disney or were identified in relation to ESPN/Disney addresses used for service. ESPN has appeared in this case and is represented by counsel. Counsel has also appeared for ESPN, Solaris Productions, Inc. / Solaris Entertainment, and Gregory O'Connor. In addition, counsel served Plaintiff with the motion papers by first-class mail and also provided courtesy copies by email.

Plaintiff respectfully asks the Court for guidance on the proper next step. If the Court is satisfied with the Court-directed registered/certified mailing to Fábio de Sá Cesnik, Plaintiff respectfully asks that the Court so indicate. If the Court believes additional service is required, Plaintiff respectfully asks for an opportunity to serve him by email, renewed mail, or another Court-approved method reasonably calculated to provide notice. As to Timothy Dettro and Jenna Anthony, if the Court is not satisfied with the prior attempts reflected on the USM-285 returns, Plaintiff respectfully asks for guidance on whether service may be completed through ESPN/Disney's corporate address, through counsel for the appearing ESPN/Disney-related defendants, by email, by updated addresses provided by ESPN/Disney or appearing counsel, or by any other method the Court finds proper. Plaintiff also respectfully requests any necessary extension of time to complete service while these issues are resolved.

I make this request in good faith. I am trying to follow the Court's order, preserve a clean record, and avoid turning service into a needless side dispute. The docket already reflects that service was attempted through the channels the Court directed. Where those efforts resulted in silence, returned mail, or unusable addresses, I respectfully ask for the Court's guidance on the next proper step.

Respectfully submitted,

Victor Cesar Bota

Plaintiff