**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VICTOR CESAR BOTA,

                    Plaintiff,                   **25-CV-4449 (PAE) (VF)**

        -against-                             **<u>ORDER</u>**

GREGORY O'CONNOR et al.,

                    Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court has considered Plaintiff's filings in opposition to Defendants' request for a

one-week extension of time to answer Plaintiff's complaint. <u>See</u> ECF Nos. 59, 61. Plaintiff's

arguments do not alter the conclusion that a one-week extension of time is not unduly prejudicial

to Plaintiff.

      **SO ORDERED.**

DATED:     New York, New York
            June 10, 2026

                                     _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge

2