**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

VICTOR CESAR BOTA,

Plaintiff,

-against-

GREGORY O'CONNOR et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-4449 (PAE) (VF)**

**ORDER OF SERVICE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff is appearing pro se. By order dated May 30, 2025, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis. ECF No. 7. On December 1, 2025, the Court directed Plaintiff to provide the addresses of Defendants to allow the U.S. Marshals service to effect service. ECF No. 13 at 1. On January 2, 2026, Plaintiff filed a request for alternative service on Defendants, as well as a declaration and memorandum of law in support, providing addresses for certain Defendants. ECF Nos. 14-16.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

In his declaration, Plaintiff provided the addresses of corporate Defendants 30West Media Group and ESPN, Inc. as well as business addresses for individual Defendants Jenna

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

Anthony, Fábio de Sá Cesnik[2], and Timothy Dettro. ECF No. 15 at 4-6. Plaintiff states that he has been unable to locate an address for defendant Gregory O'Connor, and instead provides an e-mail address for O'Connor and an e-mail address for O'Connor's former counsel. Id. at 6. Plaintiff does not provide an address for defendant Solaris Entertainment. Plaintiff is directed to provide the court with an address for Defendant Solaris Entertainment by **February 13, 2026**. Once Plaintiff provides an address for Defendant Solaris Entertainment, the Court will direct the U.S. Marshals Service to effect service.

To allow Plaintiff to effect service on Defendants 30West Media Group, ESPN, Inc., Jenna Anthony, Fabio de Sa Cesnik, and Timothy Dettro through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). If service is unable to be completed at the above addresses, Plaintiff may renew his request for alternative service.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

---

[2] Although Plaintiff identifies defendant "Fabio Cesnik" in his complaint (ECF No. 1 at ¶ 10), the Court understands "Fábio de Sá Cesnik" and "Fabio Cesnik" to be the same person.

## CONCLUSION

The Clerk of the Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is further instructed to issue summonses for 30West Media Group, ESPN, Inc., Timothy Detto, and Jenna Anthony; complete the USM-285 form with the addresses for these defendants; and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of the Court is directed to mail a copy of the summons and complaint to Fabio Cesnik by registered mail at: Cesnik, Quintino, Salinas, Fittipaldi e Valerio Advogados, Av. Paulista, 1776 - 18° andar, Bela Vista- CEP 01310-200, Sao Paulo, Brazil.

Plaintiff is directed to provide the court with an address for Defendant Solaris Entertainment by **February 13, 2026**.

The Clerk of the Court is respectfully directed to close the motion at ECF No. 15.

**SO ORDERED.**

DATED: New York, New York
January 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. 30West Media Group
   1663 18th Street
   Santa Monica, California 90404

2. ESPN, Inc.
   935 Middle Street
   Bristol, Connecticut 06010-1000

3. Timothy Dettro
   77 West 66th Street
   New York, New York 10023

4. Jenna Anthony
   147 Columbus Avenue, 4th Floor
   New York, New York 10023