| | | |
|---|---|---|
| 01/18/2026 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 1/18/2026 Re: Magistrate Judge Valerie Figueredo 17 Order of Service, Terminate Motions. The following document(s) were enclosed in the Service Package: Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)30West Media Group, Jenna Anthony, Timothy Dettro, ESPN, Inc.. (nb) (Entered: 01/18/2026) |
| 01/18/2026 | 18 | INFORMATION PACKAGE MAILED to Victor Cesar Bota, at, on 1/18/2026 Re: 17 Order of Service, Terminate Motions. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (nb) (Entered: 01/18/2026) |
| 01/22/2026 | | Mailed a copy of 1 Complaint, Summons Issued, 17 Order of Service, Terminate Motions,,, to Fabio Cesnik by registered mail at: Cesnik, Quintino, Salinas, Fittipaldi e Valerio Advogados, Av. Paulista, 1776 - 18 andar, Bela Vista-CEP 01310-200, Sao Paulo, Brazil. by Certified Mail # 7018 1830 0001 1674 6333. (nb) (Entered: 01/22/2026) |