**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

VICTOR CESAR BOTA,

Plaintiff,

-against-

GREGORY O'CONNOR et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-4449 (PAE) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff requested permission to register as a CM/ECF filing user. ECF No. 79. Plaintiff previously received an information packet, which included a motion for permission for electronic case filing. See ECF No. 18 at 46. Plaintiff is directed to complete and file the permission form, which is attached to this Order.

The ECF Rules and Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions. Plaintiff is advised that, following his registration to file documents electronically, he will no longer receive service of documents by mail. All documents filed by the Court or any other party shall be served on Plaintiff by electronic notice to his designated email address. See Fed. R. Civ. P. 5(b)(2)(E). Should Plaintiff have any questions regarding electronic filing, he may call the ECF Help Desk at (212) 805-0800.

The Clerk of Court is respectfully directed to close the motion at ECF No. 79.

**SO ORDERED.**

DATED: New York, New York
July 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

________________________________________

________________________________________

Write the full name of each plaintiff or petitioner.

-against-

________________________________________

________________________________________

Write the full name of each defendant or respondent.

_____CV_______________

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf/ECF%20Rules%20Revision%20031714.pdf, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on __________________ .

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

5. I understand how to convert a document to PDF-A format.

6. I have regular access to the technical requirements necessary to e-file successfully:

☐ a computer with internet access and a word processor

type of computer I will be using: ____________________________________

type of word processor I will be using: _______________________________

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: ______________________________

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of Adobe Acrobat or other PDF reader and writer that I will be using:

______________________________________

☐ a printer or copier to create required paper copies such as chambers copies.

7. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

8. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

______________________ ______________________

Dated Signature

______________________________________________

Name

______________________________________________

Address City State Zip Code

______________________ ______________________

Telephone Number E-mail Address