**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

VICTOR CESAR BOTA,

Plaintiff,

-against-

GREGORY O'CONNOR et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-4449 (PAE) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff filed a letter requesting a determination of whether the service of Fabio Cesnik was proper. See ECF No. 80. Fabio Cesnik has not been properly served because, as Plaintiff correctly notes, Brazil does not permit service by mail. See FingerMotion, Inc. v. Capybara Rsch., No. 23-CV-9212 (JPC) (KHP), 2024 WL 81818, at *1 (S.D.N.Y. Jan. 8, 2024). Plaintiff must serve Cesnik through Brazil's central authority. As discussed at the conference held on July 1, 2026, Plaintiff is directed to contact the Pro Se Legal Clinic to assist with international service. Plaintiff is directed to provide a status update on the service of Cesnik by **October 2, 2026**.

Additionally, the Court has received Plaintiff's letter dated June 27, 2026, regarding his disabilities. The Court will make every effort to accommodate Plaintiff's requests regarding his disabilities in future conferences.

The Court has received Plaintiff's oppositions to the motions to dismiss and supporting documents and deems them timely filed.

**SO ORDERED.**

DATED: New York, New York
July 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge